IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.J.S. AND C.S. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOARD OF DIRECTORS OF CITY TRUSTS | : | |
| | : | NO. 11-1471 |

## ORDER

**AND NOW**, this 17th day of August, 2011, upon consideration of Defendant's Motion to Dismiss (Docket No. 5), and all documents filed in connection therewith, after a Hearing held on July 19, 2011, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion is **WITHDRAWN IN PART**, **DENIED IN PART** and **GRANTED IN PART** as follows:

1. Defendant's Motion is **WITHDRAWN** insofar as it seeks dismissal of Count One pursuant to Federal Rule of Civil Procedure 12(b)(1).

2. Defendant's Motion is **DENIED** insofar as it seeks dismissal of Count One pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff may proceed to discovery on Count One under a "state-created danger" theory only.

3. Defendant's Motion is **DENIED** insofar as it seeks dismissal of Count Two pursuant to Federal Rule of Civil Procedure 12(b)(1).

4. Defendant's Motion is **GRANTED** insofar as it seeks dismissal of Count Two pursuant to Federal Rule of Civil

Procedure 12(b)(6), and all claims asserted in Count Two are

**DISMISSED**.

                                                   BY THE COURT:

                                                   /s/ John R. Padova
                                                   _____
                                                   John R. Padova